**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kalypso L.P.,                                 )          Case No.:  CV 16-1022 DSF (PLAx)
                          Plaintiff,          )
                                              )
            vs.                               )          JUDGMENT
                                              )
Western Digital Technologies Inc,             )
                          Defendant.          )
_____              )
                                              )
                                              )

        The Court having ordered that the complaint be dismissed for lack of

subject matter jurisdiction and Plaintiff having failed to amend its complaint in the

time allowed by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the

action be dismissed without prejudice.

            4/12/16

Dated: _____          _____
                                              Dale S. Fischer
                                   United States District Judge